05-2060

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Neal McCaleb
   Ass. Sec of Interior
   Bureau of Indian Affairs
   1849 C St NW
   Washington DC
   20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Norris Cox — ☐ Agent ☐ Addressee
B. Received by (Printed Name): NORRIS COX
C. Date of Delivery: 11/01/05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 8142 1887

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gail A. Norton
   Sec. of Interior
   1849 C St. NW
   Washington DC
   20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X B Murray — ☐ Agent ☐ Addressee
B. Received by (Printed Name): P B MURRAY
C. Date of Delivery: 11-01-05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 8142 1870

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Director
   Bureau of Indian Affairs
   101 N. Fifth St
   Muskogee, OK
   74401-6206

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Leon Yahola — ☐ Agent ☐ Addressee
B. Received by (Printed Name): BIA
C. Date of Delivery: 10-31-05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 8142 1894

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzalos
Attorney General
950 Pennsylvania Ave NW
Washington DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 8142 1849

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U S Attorney
Dept of Justice
555 Fourth St, NW
Washington, DC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise

## CERTIFICATE OF SERVICE

I certify that a copy Complaint was served upon Defendants by depositing a copy of it in the U.S. Mail, first class postage prepaid certified mail, addressed to:

Signed Receipts attached.

Gail A. Norton
Secretary of Interior
1849 C St., N.W.
Washington, D.C. 20240

Neal McCaleb
Assistant Secretary of Interior
1849 C St., N.W.
Washington, D.C. 20240

Alberto Gonzalos
Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Department of Justice
555 N. 4th Street, N.W.
Washington, D.C. 20530

Director,
Bureau of Indian Affairs
101 N. Fifth St
Muskogee, OK 74401-6206

November 14, 2005

SHERON L. HARRISON
Pro-Se
521 Clinton St, #2
Sandusky, OH 44870
(419)609-3770
(419)503-5650 cell phone