IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHERON L. HARRISON,<br>521 Clinton St., #2<br>Sandusky, Ohio 44870<br>419-609-3770<br><br>                Plaintiff,<br><br>  v.<br><br>GALE NORTON<br>Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br>     and<br><br>NEAL McCALEB, Assistant Secretary<br>of Interior<br>Bureau of Indian Affairs<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2060 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

Defendants respectfully request that the Clerk of the Court enter the appearance of Assistant United States Attorney Lisa S. Goldfluss as counsel for defendants in the above-captioned case.

                                                       Respectfully submitted,

                                                       LISA S. GOLDFLUSS, D.C. Bar #417787
                                                     Assistant United States Attorney
                                                     Judiciary Center Building
                                                     555 4th Street, N.W., Civil Division
                                                     Washington, D.C. 20530
                                                     (202) 514-7198

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of November, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**SHERON L. HARRISON**, **Pro Se**
**521 Clinton St., #2**
**Sandusky, Ohio 44870**

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198