IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERON L. HARRISON )
  521 Clinton St, #2 )
  Sandusky, Ohio 44870 )
  419-609-3770 )
    Plaintiff

                                              TRIAL BY JURY
VS.                                                 1:05cv2060 CKK

GALE ANN NORTON, Secretary of the Interior )
  1849 C Street, N.W. )
  Washington, D.C. 20240 )
                                            )

NEAL McCALEB, Assistant Secretary of Interior )
  Bureau of Indian Affairs )
  1849 C Street, N.W. )
  Washington, D.C. 20240 )
    Defendant (s)

MOTION TO AMEND COMPLAIN

Now comes, Sheron L. Harrison, before this court with motion to amend complaint. Under the federal question provision I wish to state the provision under which the claim arises. An Act of Congress and the Secretary of Interior arbitrary authority to under mind that Act. Amendment to Complaint accompany this Motion.

THEREFORE, I pray that this court will allow this amendment as clarification to ensure that a federal question will be answered.

*Sheron L Harrison*
SHERON L HARRISON, PRO SE
521 Clinton St, #2
Sandusky, OH 44870
419-609-3770 - home
419 503 5650 - cell

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERON L. HARRISON )
521 Clinton St, #2 )
Sandusky, Ohio 44870 )
419-609-3770 )
    Plaintiff

VS.                                                                                                                       1:05cv2060 CKK

GALE ANN NORTON, Secretary of the Interior )
  1849 C Street, N.W. )
  Washington, D.C. 20240 )
                                                     )

NEAL McCALEB, Assistant Secretary of Interior )
  Bureau of Indian Affairs )
  1849 C Street, N.W. )
  Washington, D.C. 20240 )
    Defendant (s)

## CERTIFICATE OF MAILING

I, Sheron L. Harrison, do certify that a true and correct copy of the <u>Motion to Amend</u> and <u>Amendment of Complaint</u> was served upon Defendant (s) by depositing a copy in the U.S. Mail, first class postage prepaid certified mail, addressed to:

Gale A. Norton
Secretary of Interior
1849 C Street, N.W.
Washington, D.C. 20240

Alberto Gonzalos
Attorney General
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530

Neal McCaleb
Assistant Secretary of Interior
1849 C Street, N.W.
Washington, D. C. 20240

U.S. Attorney
Department of Justice
555 N. 4th Street, N.W.
Washington, D.C. 20530

*[signature: Sheron L Harrison]*
SHERON L HARRISON, PRO SE
521 Clinton St, #2
Sandusky, OH 44870
419-609-3770 - home
419 503 5650 - cell

2