UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERON L. HARRISON,<br><br>    Plaintiff,<br><br> v.<br><br>GALE ANN NORTON, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2060 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), with the consent of plaintiff *pro se*, and for good cause, hereby respectfully move for an enlargement of time of 30 days, up to and including February 2, 2006, in which to move, answer or otherwise respond to the complaint in this action. Defendants' answer is currently due to be filed on January 3, 2006. Defendants have not previously sought any enlargements of time in this case. Defendants request this relief on the following grounds:

This is an action challenging an alleged determination by the Department of the Interior regarding plaintiff's status as a member of an Indian tribe, a matter that defendants intend to show has been litigated by this Court, has been decided, and has been the subject of summary affirmance in the United States Court of Appeals. Defendants thus intend to file a dispositive motion. In order to do that, however, defendants require the records of cases previously litigated and now closed, and for which the case files are no longer stored at the United States Attorney's Office. Although the last undersigned Assistant United States Attorney has requested that those

records be delivered to her office, she has not received them as of this writing.

The undersigned has had long-established plans to be on leave during the week between Christmas and New Years, and will be returning during the first week in January to one week of "TRO duty," during which time she will be responsible for representing the United States in connection with petitions for emergency injunctive relief filed against the United States in this judicial district.  In addition, over the upcoming thirty-day period, the undersigned will be filing several dispositive motions in other cases, has several scheduled hearings that will require significant preparation, and will remain involved in an expedited discovery schedule with respect to a large, aggressively-litigated law suit that has been pending for almost six years.   In order to provide sufficient time to prepare defendants' response to the Complaint, defendants respectfully request that the thirty-day enlargement sought be granted.

Defendants' counsel has conferred with plaintiff *pro se* regarding this motion and plaintiff *pro se* consents to the motion.

An order granting the relief sought is attached hereto.

                                    Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W.,  Tenth Fl.
Washington, D.C.  20530
(202) 514-7198
 Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was served upon plaintiff by depositing a copy of it in the U.S.

Mail, first class postage prepaid, addressed to:

Sheron L. Harrison
521 Clinton St., Apt. #2
Sandusky, OH  44870


on December 23, 2005.


                                        Lisa Goldfluss,
                                        Assistant United States Attorney