UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERON L. HARRISON )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>GALE ANN NORTON, et al. )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 01-2188 (CKK) |

**ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for Enlargement of Time, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to and including February 2, 2006, in which to move, answer, or otherwise respond to the complaint in this action.

Date_____                    _____
                               UNITED STATES DISTRICT JUDGE

Sheron L. Harrison
521 Clinton St., Apt. #2
Sandusky, OH  44870

Lisa S. Goldfluss
Assistant United States Attorney
555 - 4th Street, N.W.
Washington, D. C. 20530