IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERON L. HARRISON,<br>521 Clinton St., #2<br>Sandusky, Ohio 44870<br><br>Plaintiff,<br><br>v.<br><br>GALE NORTON<br>Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>and<br><br>NEAL McCALEB, Assistant Secretary<br>of Interior<br>Bureau of Indian Affairs<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>Defendants. | Civil Action No. 05-2060 (CKK) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Alex Kriegsman, Trial Attorney, as counsel of record for the defendants, in the above-captioned case and withdraw

the appearance of Lisa S. Goldfluss, Assistant U.S. Attorney.

Respectfully submitted,

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198

_____
ALEX KRIEGSMAN
Trial Attorney
601 D Street, N.W.
Washington, D.C. ~~20530~~ 20004
(202) 305-3022

## CERTIFICATE OF SERVICE

I hereby certify that on this _13th_ day of January, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

SHERON L. HARRISON, Pro Se
521 Clinton St., #2
Sandusky, Ohio 44870

_____
LISA S. GOLDFLUSS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198