UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERON L. HARRISON )
  521 Clinton St, #2 )
  Sandusky, Ohio  44870 )
  419-609-3770 )
      Plaintiff

                          Case 1:05cv2060
VS.

GALE ANN NORTON, Secretary of the Interior )
  1849 C Street, N.W. )
  Washington, D.C.  20240 )
                                   )

NEAL McCALEB, Assistant Secretary of Interior )
  Bureau of Indian Affairs )
  1849 C Street, N.W. )
  Washington, D.C. 20240 )
      Defendant (s)

MOTION FOR EXTENSION OF TIME
TO ANSWER DEFENDANT (S)
MOTION TO DISMISS

Now comes, Sheron L. Harrison, before this court Motion for Extension of Time to answer Defendant (s) Motion to Dismiss filed on February 2, 2006, and allow my answer to be filed by and including March 3, 2006.

RECEIVED

FEB 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

An application for Certificate of Indian Blood (CDIB) was filed on May 26, 2005, with hopes of finally having an arbitrary power resolved as well as due process; therefore, I humbly request an extension to submit arguments to this fact and respond to the Defendant (s) error in submitting a Motion to Dismiss.

I am doing this case Pro Se and have no paralegal to do the research as to technical matters therefore extra time is required in order for the question now before this court to be presented with legal backing to have the question finally and specifically answered.

I spoke to Mr. Kriegsman, Counsel for Defendant, and he stated he had no issues with this extension request.

Order for your consideration is attached to allow extension for response to Defendant (s) Motion to Dismiss to be up to and including March 3, 2006.

*/s/ Sheron L Harrison*
SHERON L HARRISON, PRO SE
521 Clinton St, #2
Sandusky, OH 44870
419-609-3770 - home
419 503 5650 - cell

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERON L. HARRISON      }
                        }
   Plaintiff

VS.                                              Case   1:05cv2060 CKK

GALE ANN NORTON, Secretary of the Interior   }

NEAL McCALEB, Assistant Secretary of Interior   }

   Defendant (s)

## CERTIFICATE OF MAILING

I hereby certify that on February 6, 2006, a copy of the foregoing Plaintiff's Motion for Extension of Time to Answer Defendant (s) Motion to Dismiss was served upon Defendant (s) by depositing a copy in the U.S. Mail, first class postage prepaid certified mail, addressed to:

Alex Kriegsman
Trail Attorney
United States Department of Justice
601 D Street, N.W.
Washington, D.C. 20004

*[signature]*
SHERON L HARRISON, PRO SE
521 Clinton St, #2
Sandusky, OH  44870
419-609-3770 - home
419 503 5650  - cell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERON L. HARRISON          }
                            }
        Plaintiff            }
                            }
        VS                  }        Case 1:05cv2060
                            }
GALE ANN NORTON, Secretary of the Interior   }
                            }
NEAL McCALEB, Assistant Secretary of Interior }
                            }
        Defendant (s)       }
                            }

ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time, it is

HEREBY ORDERED that the Motion is granted, and it is

FURTHER ORDERED that Plaintiff shall have up to and including March 3, 2006,

in which to respond to Defendant(s) Motion to Dismiss.

Date:_____          _____
                              UNITED STATES DISTRICT JUDGE

Sheron L Harrison
521 Clinton St, #2
Sandusky, OH 44870

Alex Kriegsman
Trial Attorney
601 D Street, N.W.
Washington, D.C. 20004