UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERON L. HARRISON                                    )
  521 Clinton St. #2                              )
  Sandusky, Ohio  44870                           )
  419-609-3770                                     )
       Plaintiff

  VS.                                                                      1:05cv2060 CKK


GALE ANN NORTON, Secretary of the Interior    )
  1849 C Street, N.W.                             )
  Washington, D.C.  20240                         )
                                                  )


NEAL McCALEB, Assistant Secretary of Interior  )
  Bureau of Indian Affairs                        )
  1849 C Street, N.W.                             )
  Washington, D.C. 20240                          )
       Defendant (s)

CERTIFICATE OF SERVICE


I, Sheron L. Harrison, do certify that a true and correct copy of Complaint with

Subpoena was served upon the following by depositing in the U.S. Mail, first class

postage prepaid certified mail on December 2, 2005, addressed to:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALBERTO GONZALES
Attorney General
950 PENNSYLVANIA AVE NW
Washington DC
20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   DEC 0 8 2005   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY
DEPT of JUSTICE
555 N. 4th St NW
Washington DC
20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   DEC 0 8 2005   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   
(Transfer from service label)   7005 1820 0005 5650 3434

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Gale A. Norton
Secretary of Interior
1849 C Street, N.W.
Washington, D.C.  20240

Neal McCaleb
Assistant Secretary of Interior
1849 C Street, N.W.
Washington, D. C.  20240

Alberto Gonzalos
Attorney General
950 Pennsylvania Ave, N.W.
Washington, D.C.  20530

U.S. Attorney
Department of Justice
555 N. 4th Street, N.W.
Washington, D.C.  20530

SHERON L HARRISON, PRO SE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NEAL MC CALEB
ASST SECY OF INTERIOR
1849 C ST NW
WASHINGTON DC
          20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Norris Cox_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
NORRIS COX                        12/09/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GAIL A. NORTON
Sicretary of Interior
1849 C Street NW
Washington DC
          20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Maubee_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Maubee                            12.8.05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service)    7005 1820 0005 5650 3465

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**RECEIVED**

FEB - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT