IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERON L. HARRISON       )
                         )
    Plaintiff            )
                         )
VS.                                          1:05cv2060 CKK

GALE ANN NORTON, Secretary of the Interior  )
                                            )
NEAL McCALEB, Assistant Secretary of Interior  )
                                            )
    Defendant (s)

## MOTION TO AMEND
## AMENDED COMPLAINT

Now comes, Sheron L. Harrison, before this court with motion to amend Amended complaint. I thought I just had to state the complaint and then argue the point in question; however, I guess that is not the case of a court situation. I understand that ignorance to law is of no excuse to filing a complaint and it being correct or incorrect; however, but with that in mind even a lawyer against another lawyer is at the mercy of the court and lawyers are suppose to know how to file and what has to be on the complaint. An Act of Congress and the Secretary of Interior arbitrary authority to under mind that Act is of great importance and requires a ruling in order for total integrity of a *Final Roll of Choctaw by Blood* to be sustained

RECEIVED

MAR 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I pray this court will allow justice to be undertaken and understand that pleading can not be a game of skill and allow this Motion to Amend Amended Complaint. This motion is without any intent to prejudice or mislead the issue before this court or the Defendant (s). For the Defendant (s) state the complaint is unclear I pray this motion is granted.

Amendment to Complaint accompany this Motion.

THEREFORE, I pray that this court will allow this amendment.


Respectfully submitted,

_Sheron L Harrison_
SHERON L HARRISON, PRO SE
521 Clinton St, #2
Sandusky, OH 44870
419-609-3770 - home
419 503 5650 - cell