UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERON L. HARRISON,

   Plaintiff,

   v.

GALE ANN NORTON, Secretary of the Interior, and NEAL McCALEB, Assistant Secretary of the Interior,

   Defendants.

Civil Action No. 05-2060 (CKK)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 11th day of April, 2006, hereby

**ORDERED** that [9] Defendant's Motion to Dismiss is GRANTED; it is further

**ORDERED** that [16] Plaintiff's Motion to Amend/Correct First Amended Complaint is DENIED; it is further

**ORDERED** that this case is closed.  This is a final, appealable Order.

**SO ORDERED**.

                                                                    /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge

**Copies to:**

SHERON L. HARRISON
Apartment 2
521 Clinton St
Sandusky, OH 44870
(419) 609-3770

PRO SE PLAINTIFF