UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERON L. HARRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>GALE ANN NORTON, Secretary of the Interior, and NEAL McCALEB, Assistant Secretary of the Interior,<br><br>    Defendants. | Civil Action No. 05-2060 (CKK) |

# ORDER

Having reviewed Plaintiff's [20] Motion for Reconsideration, the Court concludes that Plaintiff's claim remains precluded by the principles of *res judicata*, for the reasons outlined in the Court's April 11, 2006 Memorandum Opinion and Order. As such, it is, this 27th day of April, 2006, hereby

ORDERED that [20] Plaintiff's Motion for Reconsideration of this Court's April 11, 2006 Memorandum Opinion and Order granting [9] Defendants' Motion to Dismiss is DENIED. This is a final, appealable Order.

**SO ORDERED**.

                                             /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge

**Copies to:**

SHERON L. HARRISON
Apartment 2
521 Clinton St
Sandusky, OH 44870
(419) 609-3770

PRO SE PLAINTIFF