UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERON L. HARRISON                )
                                  )
    Plaintiff                     )
                                  )
VS.                               
                                                          01:05:CV-2060 CKK

United States District Court of Columbia    )
                                            )
    Defendant (s)                           )
                                            )

## NOTICE OF APPEAL

I respectfully submit Notice of Appeal of the U S District Court of Columbia order of April 11, 2006 and order of April 27, 2006. Submitting that the issues presented to the District Court is and was in respect to the *Index and Final Rolls of Choctaws by Blood* which Congress mandated the Dawes Commission with authority and not the Courts to again address the issues of enrollment. The *Index and Final Rolls of Choctaws by Blood* simply state the name, age and quantum of Indian blood and that it must be read accordingly with no other factors or information after the rolls became final.

The Dawes Commission, with final approval by the Secretary of the Interior, was called upon by Congress not only to investigate the correctness of the roll, but to interpret the statute; the statue simply mandated a 'by blood' roll to be made. The Dawes Commission was a quasi judicial tribunal on enrollment. The Tenth Circuit did not have jurisdiction on enrollment matters after the roll became final.

Therefore, I respectfully submit this Notice of Appeal for the District Court does have jurisdiction.

Respectfully submitted,

*[signature: Sheron L Harris]*

SHERON L HARRISON, PRO SE
521 Clinton St, #2
Sandusky, OH 44870
419-609-3770 - home
419 503 5650 - cell