RECEIVED
JUN 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

June 15, 2006

U S District Court of Appeals
333 Constitution Ave
Washington, D.C. 20001

cKK

SUBJECT: Payment for Appeal 1:05CV2060 USCA 06-5144

Enclosed in total amount due $455.00 for appeal of case 1:05cv2060 in the United States District Court District of Columbia.

Respectfully,

*Sheron L. Harrison* (signature)

Sheron L. Harrison
521 Clinton St, #2
Sandusky, OH 44870
419 609-3770  home
419 503-5650  cell

```
======NO REFUND WITHOUT RECEIPT======
       CHECK TENDERED $          $455.00
              455.00
===== T O T A L ======
              455.00
086900   FILING FEE  CIVIL
CASE # 05-2060
======NO REFUND WITHOUT RECEIPT======
DC   1-1 WEBB         Receipt # 136335
06/22/06                     2:00:17 PM
              WASHINGTON D.C.
              U.S. DISTRICT COURT
```

RECEIVED
JUN 21 2006
from USCA
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT