June 15, 2006

U S District Court of Appeals
333 Constitution Ave
Washington, D.C. 20001



SUBJECT: Change of Address

As of June 26, 2006, please direct all and any mail regarding case 1:05cv2060 and appeal case USCA 06-5144 to the below address.

OLD Address             ************ NEW ADDRESS
521 Clinton St, #2             1937 Fourth Street
Sandusky, OH 44870         Sandusky, OH 44870
                                            419 609 3770 home
                                            419 503-5650 cell

Respectfully,

*Sheron L Harrison* (signature)

Sheron L. Harrison
521 Clinton St, #2
Sandusky, OH 44870
419 609-3770 home
419 503-5650 cell